**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 07 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-50607 |
| Plaintiff - Appellee, | D.C. No. 3:11-cr-01890-JLS-1 |
| v. | |
| JOSE CARRANZA GILES, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Janis L. Sammartino, District Judge, Presiding

Submitted September 12, 2013[**]

Before:    HUG, FARRIS, and LEAVY, Circuit Judges.

Jose Carranza Giles appeals from the district court's judgment and challenges the 46-month sentence imposed following his guilty-plea conviction for conspiracy to import cocaine and methamphetamine, in violation of 21 U.S.C. §§ 952, 960, and 963. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

The district court did not abuse its discretion in imposing the 46-month sentence. *See Gall v. United States,* 552 U.S. 38, 51 (2007). The sentence is not substantively unreasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) factors, including not only Giles's minimal criminal history and any threats he experienced, but also the need for the sentence to reflect the seriousness of the offense and promote respect for the law. *See id.* at 51.

**AFFIRMED**.